IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr68-T |
| **KEITH ELDRIDGE WILLIAMS** | ) | (WO) |

### ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. no. 48), to which no objection has been filed, and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That the recommendation of the United States Magistrate Judge (Doc. no. 48) is adopted; and

(2) That defendant Keith Eldridge Williams's motion to suppress (Doc. no. 20) is granted.

DONE, this the 3rd day of October, 2005.

                                                      /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**