IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
     v.                      )   CRIMINAL ACTION NO.
                             )      2:05cr68-T
KEITH ELDRIDGE WILLIAMS      )        (WO)
```

### ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. no. 47) and the objections filed by defendant Keith Eldridge Williams (Doc. No. 49); and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Keith Eldridge Williams's objections (Doc. no. 49) are overruled;

(2) That the recommendation of the United States Magistrate Judge (Doc. no. 47) is adopted;

(3) That defendant Williams's motion to suppress (Doc. no. 21) is granted with respect to all statements made by him in response to questions asked from the time he was arrested until he was informed of his <u>Miranda</u> rights; and

(4) That defendant Williams's motion to suppress (Doc.no. 21) is denied in all other respects.

DONE, this the 3rd day of October, 2005.

                                          <u>/s/ Myron H. Thompson</u>
                                     UNITED STATES DISTRICT JUDGE