IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No.  2:05-cr-68-T |
| ) | (WO) |
| KEITH ELDRIDGE WILLIAMS, ) | |
| also known as, KEITH ELDRIDGE, ) | |
| and also known as, KI KI ) | |
| ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment, heretofore filed March 16, 2005 (Doc. No. 61),in the above styled cause, and for good cause shown, SUPERSEDING INDICTMENT FILED OCTOBER 4, 2005, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this 7th day of October, 2005.

 /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE