```
              IN THE DISTRICT COURT OF THE UNITED STATES
                 FOR THE MIDDLE DISTRICT OF ALABAMA
                           NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
v.                              )    CR. NO. 2:05cr68-LSC
                                )
KEITH ELDRIDGE WILLIAMS,        )
also known as KEITH ELDRIDGE,   )
and also known as KI KI         )
```

AMENDED FINAL ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture on May 30, 2006, ordering the defendant to forfeit the following property to the United States:

> Seventy-Six Thousand Seven Hundred Seventy-Five Dollars ($76,775) in United States currency seized on or about February 4, 2005;
>
> Eighteen Thousand Eight Hundred Sixty Dollars ($18,860) in United States currency seized on or about February 4, 2005;
>
> One Hundred Thirty Thousand Seven Hundred Forty-Five Dollars ($130,745) in United States currency seized on or about March 8, 2005;
>
> Five Pieces of Assorted White Gold and Diamond Jewelry seized on or about March 8, 2005;
>
> 2003 Kawasaki ZX636-B1 Ninja Motorcycle, VIN: JKBZXJB103A005489, with all appurtenances and attachments thereon seized on or about March 14, 2005;
>
> Seventy-Six Thousand Seventy and 68/100 Dollars ($76,070.68) in United States currency seized from Comala Credit Union account number 26428-1 on or about March 16, 2005;

Two Thousand Sixty-Six Dollars ($2,066.00) in United States currency seized from Comala Credit Union account number 26428-2 on or about March 16, 2005;

One 2003 Mercedes SLK230, bearing vehicle identification number WDBKK49FX3F282892;

One 2004 BMW 645CI, bearing vehicle identification number WBAEK73494B320240;

One 2005 Chrysler 300, bearing vehicle identification number 2C3AA53G65H612718;

One 2005 Hummer, bearing vehicle identification number 5GRGN22U35H114951;

One Ruger, Model P97, .45 caliber handgun, bearing serial number 663-10593;

One Enterprise Arms, 7.62-C3A rifle, bearing two serial numbers, IB2338 and 80720;

One Norinco, Model M-14 Sporter, 7.62 x 39 mm rifle, bearing serial number 185135; and,

One Ruger, Mini 14, .223 caliber rifle, bearing serial number 18334524.

The 2005 Chrysler 300, bearing vehicle identification number 2C3AA53G65H612718 was returned to Chrysler Financial, as lienholder, on or about March 9, 2006;

Notice of the forfeiture was served upon Bank of America on June 20, 2006;

Notice of the forfeiture was served upon Wilbert Curtis Williams on June 30, 2006;

Notice of the forfeiture was served upon BMW Bank of North America, Inc. on August 21, 2006;

Notice of the forfeiture was served upon Shandra Terrell Williams on September 4, 2006;

No petitions of interest have been filed within the required period.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The following property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1):

a) Seventy-Six Thousand Seven Hundred Seventy-Five Dollars ($76,775) in United States currency seized on or about February 4, 2005;

b) Eighteen Thousand Eight Hundred Sixty Dollars ($18,860) in United States currency seized on or about February 4, 2005;

c) One Hundred Thirty Thousand Seven Hundred Fifty Four Dollars ($130,754) in United States currency seized on or about March 8, 2005 (incorrectly named as $130,745);

d) Five Pieces of Assorted White Gold and Diamond Jewelry seized on or about March 8, 2005;

e) 2003 Kawasaki ZX636-B1 Ninja Motorcycle, VIN: JKBZXJB103A005489, with all appurtenances and

        attachments thereon seized on or about March 14, 2005;

f) Seventy-Six Thousand Seventy and 68/100 Dollars ($76,070.68) in United States currency seized from Comala Credit Union account number 26428-1 on or about March 16, 2005;

g) Two Thousand Sixty-Six Dollars ($2,066.00) in United States currency seized from Comala Credit Union account number 26428-2 on or about March 16, 2005 (forfeited under 21 U.S.C. § 853 only);

h) One 2003 Mercedes SLK230, bearing vehicle identification number WDBKK49FX3F282892;

i) One 2004 BMW 645CI, bearing vehicle identification number WBAEK73494B320240; and,

j) One 2005 Hummer, bearing vehicle identification number 5GRGN22U35H114951.

The following property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924 and 28 U.S.C § 2461(c):

a) One Ruger, Model P97, .45 caliber handgun, bearing serial number 663-10593;

b) One Enterprise Arms, 7.62-C3A rifle, bearing two serial numbers, IB2338 and 80720;

c) One Norinco, Model M-14 Sporter, 7.62 x 39 mm rifle, bearing serial number 185135; and,

d) One Ruger, Mini 14, .223 caliber rifle, bearing serial number 18334524.

All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Except as herein stated, all parties shall bear their own costs.

Done this 8th day of August 2007.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019